Argued October 3, affirmed October 24, rehearing denied November 14, 1916.

# DOUGLAS CREDITORS' ASSN. *v.* HUTCHASON.

(160 Pac. 539.)

**Exceptions, Bill of—Incorporating Evidence.**

1. A bill of exceptions consisting of a *verbatim* report of the testimony for both parties given at the trial in the Circuit Court is not a proper bill.

**Appeal and Error—Reservation of Grounds of Review—Exceptions to Rulings.**

2. There can be no reversal where, throughout the testimony, no exception was taken to any ruling of the court, since only for error legally excepted to will a decision of the Circuit Court be reversed.

From Douglas: GEORGE F. SKIPWORTH, Judge.

Department 1.    Statement by MR. JUSTICE BURNETT.

The Douglas Creditors' Association, a corporation, sued the defendant, J. F. Hutchason, in a Justice's Court on some assigned accounts against him. Defeated in that tribunal, the defendant appealed to the Circuit Court, where a like result befell him. On his appeal here the only assignment of error is "that at the conclusion of the plaintiff's testimony the defendant moved the court for a nonsuit, and the court overruled said motion."

AFFIRMED.    REHEARING DENIED.

For appellant there was a brief and an oral argument by *Mr. Albert Abraham.*

For respondent there was a brief over the name of *Messrs. Buchanan & Porter,* with an oral argument by *Mr. Ora H. Porter.*

MR. JUSTICE BURNETT delivered the opinion of the court.

1. The so-called bill of exceptions before us is a *verbatim* report of the testimony for both parties given at the trial in the Circuit Court.   It does not conform to the frame of such a document as specified in *National Council* v. *McGinn,* 70 Or. 457 (138 Pac. 493), and cognate cases.

2. Besides this it appears that throughout the narration of the testimony not an exception was taken to any ruling of the court.   It has been held from the earliest judicial times in this state that only for error legally excepted to will a decision of the Circuit Court be reversed.   This precludes further examination of the instant case.

The judgment is affirmed.

AFFIRMED.   REHEARING DENIED.

MR. CHIEF JUSTICE MOORE, MR. JUSTICE McBRIDE and MR. JUSTICE BENSON concur.